**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 09-3052-VAP (OPx)                    Date: February 3, 2010

Title:     KEITH HANSEN -v- AMERICA'S SERVICING COMPANY, et al.
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                   None Present
    Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                                        DEFENDANTS:

    None                                                   None

PROCEEDINGS:     ORDER TO SHOW CAUSE FOR LACK OF SUBJECT
                                MATTER JURISDICTION (IN CHAMBERS)

    On April 30, 2009, Plaintiff Keith Hansen filed a Complaint ("Compl.") against Defendants America's Servicing Company, BNC Mortgage, Inc., Wells Fargo Home Mortgage, Inc., Wells Fargo Home Mortgage, Inc., Wells Fargo & Company, and Does 1 through 10, inclusive (collectively, "Defendants"), alleging violations of the Truth in Lending Act ("TILA") and state law fraud and unfair competition claims.

    Federal courts are courts of limited jurisdiction, exercising jurisdiction over civil claims "arising under the Constitution, laws, or treaties of the United States" or where there is diversity of citizenship among the parties.  28 U.S.C. §§ 1331, 1332. Plaintiff bases jurisdiction on federal question jurisdiction under 28 U.S.C. § 1331, stating "this action is brought pursuant to several federal statutes including the Truth

CV 09-3052-VAP (OPx)
KEITH HANSEN v. AMERICA'S SERVICING COMPANY, et al.
MINUTE ORDER of February 3, 2010

in Lending Act . . ., Regulation Z . . ., and California Business & Professions Code Section 17200, a California state statute."  (Compl. ¶ 1.)

On June 1, 2009, Defendants filed a Motion to Dismiss Plaintiff's Complaint, or in the Alternative for a More Definite Statement ("Motion to Dismiss").  On June 24, 2009, the Court granted Defendants' Motion to Dismiss as to the Truth in Lending Act, with leave to amend, and stated that Plaintiff had not made out "a claim on which relief can be granted under federal law." (Doc. No. 12.)  Since then, Plaintiff has filed not amended complaint.

Finding the Complaint fails to reveal a basis for the Court's jurisdiction, the Court orders Plaintiff to show cause why the Complaint should not be dismissed for lack of jurisdiction.  Plaintiff shall file a response in writing no later than February 19, 2010.  Failure to file a response shall result in dismissal of the Complaint.

**IT IS SO ORDERED.**